In the Matter of the Application of BELLA GILLMAN and Others, Appellants, and HALPERN CONSTRUCTION Co., INC., Intervening, Petitioner, Appellant, against WILLIAM E. WALSH, as Chairman, and Others, as Commissioners, Constituting the Board of Standards and Appeals of the City of New York, Respondents, and O'BRIEN BUILDING Co., INC., Intervening, Respondent.— Order reversed and determination of board of standards and appeals annulled, upon the ground

that none of the requisites for the granting of the permit, under the decision of this court in *Matter of Stillman* v. *Board of Standards & Appeals* (222 App. Div. 19), has been shown. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.